Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02963-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| EDNA MESSINGER and RONALD MESSINGER<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC; JOHN DOE ONE; JOHN DOE TWO; VICKIE C. LOWE, MD; VICKIE C. LOWE, MD, PSC<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, EDNA MESSINGER and RONALD MESSINGER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12-10, 2009   BUBALO HIESTAND & ROTMAN, PLC

By: *Leslie M. Cronen*
Leslie M. Cronen
Attorneys for Plaintiffs

DATED: 12-10, 2009   DARBY & GAZAK, P.S.C.

By: *James E. Smith* / with permission by LMCronen
Daniel G. Brown
James E. Smith
Attorneys for Defendants Vickie C. Lowe, MD and Vickie C. Lowe, MD, PSC

DATED: February 3, 2010   DLA PIPER LLP (US)

By: *Michelle*
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: FEB 1 6 2010

Hon. Charles R. Breyer
United States District Court

-2-